UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SAMANTHA K., | : | |
| | : | |
| Plaintiff, | : | Case No. 3:23-cv-268 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| Defendant. | : | |
| | : | |

**ENTRY AND ORDER GRANTING UNOPPOSED MOTION
FOR ATTORNEY FEES (DOC. NO. 21)**

Before the Court is Plaintiff Samantha K.'s Unopposed Motion for Attorney Fees. (Doc. No. 21.) By her Motion, Plaintiff Samantha K. ("Plaintiff") petitions the Court for an award of attorney fees in two cases—3:16-cv-317 and 3:23-cv-268. (*Id.* at PageID 3147.) Only one of these cases, 3:23-cv-268, is before the undersigned. Accordingly, the Court limits its ruling to that case. Plaintiff's Motion requests $32,976.50 in attorney fees pursuant to 42 U.S.C. § 406(b)(1). (*Id.* at PageID 3148.) The Motion indicates "[p]ayment of [this] amount[] would be in accordance with agency policy, under which 25% of past-due benefits is withheld for payment of any and all fees awarded at either the administrative or court levels." (*Id.* at PageID 3147.) The Motion further advises "[t]he Commissioner agrees that Plaintiff's counsel may style the motion[] as unopposed." (*Id.*) Having reviewed the Motion and noting that Defendant Commissioner of Social Security has no objection thereto, the Court finds that Plaintiff is entitled to the requested award of attorney fees.

I. **CONCLUSION**

Accordingly, the Court hereby **ORDERS** that:

1. Plaintiff's Unopposed Motion for Attorney Fees (Doc. No. 21) is **GRANTED**, and Defendant Commissioner of Social Security shall pay Plaintiff's attorney fees under 42 U.S.C. § 406(b)(1) in the total amount of $32,976.50.

2. The case remains terminated on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, September 25, 2025.

/s/ Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE